J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
MENG ZHONG, ESQ.
STATE BAR NO. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for BAC Home Loans Servicing, LP (erroneously named in caption as Bank of America) and Recontrust Company*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUMANA GULAMHUSSEIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a foreign corporation; RECONTRUST COMPANY, a Nevada corporation; et al.,<br><br>Defendants. | Case:  2:10-cv-01906-RLH-GWF<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants Motion to Dismiss on April 14, 2011 [Dkt. 19].

Defendants further request that the lis pendens currently recorded against the subject property by Plaintiff Jumana Gulamhussein be canceled.

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about October 6, 2010, in Book No. 20101006 as Instrument No. 0002635 in the real property records maintained by the Clark County Recorder.

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged; and

2.  IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens; and

3.  IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this  26th  day of  April , 2011.

By /s/ Roger L. Hunt
UNITED STATES DISTRICT JUDGE

submitted by:

LEWIS AND ROCA LLP

By: */s/ J. Christopher Jorgensen*
J. CHRISTOPHER JORGENSEN, ESQ.
MENG ZHONG, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendants*